# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BYRON HOLMES,

                Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**AMENDED ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number:  09-5342 (FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

[X] GRANTED, and

[X] The clerk is directed to file the complaint, and

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

[ ] and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $250.00 within 30 days from the date of this order ro reopen the case.

ENTER this _____17th_____ day of __February__, 2010.

_____
Signature of Judicial Officer

__Hon. Faith S. Hochberg, U.S.D.J.__
Name and Title of Judicial Officer